■ In the Matter of ATTORNEYS IN VIOLATION OF JUDICIARY LAW § 468-A. IRIS JANE GOODWIN, Admitted on August 28, 1989, at a Term of the Appellate Division, First Department. [703 NYS2d 397] —Motion granted and respondent reinstated as an attorney and counselor-at-law in the State of New York, effective the date hereof. No opinion. Concur—Ellerin, P. J., Nardelli, Williams, Mazzarelli and Saxe, JJ. [*See*, 240 AD2d 106.]